KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| SABINE OIL & GAS CORPORATION, *et al.*,[1] | ) Case No. 15-11835 (SCC) ) |
| Debtors. | ) (Jointly Administered) ) |
| SABINE OIL & GAS CORPORATION, *et al.*, | ) ) |
| Plaintiffs, | ) Adv. Pro. No. 16-01042 (SCC) ) |
| v. | ) ) |
| HPIP GONZALES HOLDINGS, LLC | ) ) |
| Defendant. | ) |

AFFIDAVIT OF SERVICE

State of New York    )
                               )    ss.:
County of New York  )

    Laura L. Saal, being duly sworn hereby deposes and says:

---

[1]  The debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, include:  Sabine Oil & Gas Corporation (4900); Giant Gas Gathering LLC (3438); Sabine Bear Paw Basin LLC (2656); Sabine East Texas Basin LLC (8931); Sabine Mid-Continent Gathering LLC (6085); Sabine Mid-Continent LLC (6939); Sabine Oil & Gas Finance Corporation (2567); Sabine South Texas Gathering LLC (1749); Sabine South Texas LLC (5616); and Sabine Williston Basin LLC (4440).  The location of Debtor Sabine Oil & Gas Corporation's corporate headquarters and the Debtors' service address is:  1415 Louisiana, Suite 1600, Houston, Texas 77002.

KE 40546670

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Kirkland & Ellis LLP, having offices at 601 Lexington Avenue, New York, New York 10022.

2. On the 23rd day of March, 2016, I caused true and correct copies of the following pleadings to be served upon the parties listed in the service list attached hereto as Exhibit A at the addresses set forth therein via Federal Express overnight mail delivery.

- Complaint for Declaratory Judgment [Docket No. 1]
- Summons with Notice of Pre-Trial Conference [Docket No. 2]

*[signature]*
Laura L. Saal

Sworn to before me this
24th day of March, 2016

*[signature]*
Barbara Diaz-Soca
Notary Public

BARBARA DIAZ-SOCA
Notary Public, State of New York
No. 01DI6314505
Qualified in New York County
Commission Expires Nov. 10, 2018

**Exhibit A**
**Via Federal Express**

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attention: Keith A. Simon
            Annemarie V. Reilly

Latham & Watkins LLP
811 Main Street
Houston, TX 77002
Attention: Jeffrey S. Munoz